IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KURT L. MOFFITT                                                                                      PLAINTIFF

v.                                    Civil No. 09-3032

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 26th day of May 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE